IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.3.124.255

**ISP:** Optimum Online
**Physical Location:** Rochelle Park, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/04/2016 23:12:17 | D65514CCF7919A018159C97919FB20C45100F7BE | Pussy Cat Burglar |
| 08/15/2016 05:41:39 | D54276928B8E4C668247F9629342DE0A548B693F | Love Her Madly |
| 08/06/2016 02:01:00 | 540C6C5644A7EFE4EB440D923794BCED14D3008C | How Deep Is My Love Part #2 |
| 02/25/2016 23:26:13 | E31104E75F76A63097778882D8C4B61AA53982CA | Two Cocks In Karla |
| 08/02/2015 12:29:30 | DE5C50171A162B0474692B306773E20D3ACCBCCC | Raw Passion |
| 08/01/2015 22:30:32 | FD876EB2873C1CB1AC26850178E58B7C50E030CF | Lisas Playroom |
| 06/03/2015 02:30:25 | 0C0F3BA8766F0DB9B4DC795A09232931619307CD | I Know You Love Me |
| 05/24/2015 10:17:06 | 7FCE6DF2A8DC0306DB29592EA5AC3E222C7691DA | Do It To Me One More Time |
| 05/16/2015 16:03:05 | D7373E6A780BCC7913683B6A768A6AB16875C6A3 | Capture Me |
| 05/04/2015 00:13:46 | 9D0FCEFAA58CFA256C682568A316189A6420BAF7 | Cum Inside the Fantasy Suite |
| 04/11/2015 23:02:52 | 53734BF32C4139FAE63551A5C719167261A8E99C | Playful and Wet |
| 04/11/2015 01:53:24 | CB339C59185CA9CEDD69DDEEF8CA5A760ADA3A6B | Tight Ass Teen |
| 03/16/2015 01:36:28 | 4EEDC3BF37449D8BD4A51EC1A92EDE0CC47CCD6D | Double Oh Heaven |
| 03/16/2015 01:32:46 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 03/16/2015 01:27:07 | 473D271DE334D111B386B120561910C94DDF48AC | Do Me Darling |
| 03/16/2015 01:11:41 | DF5D60C94928D1D4859A41EA35B3FA47432A9803 | Never Better |
| 02/28/2015 18:03:50 | EAF1771A951D7505D4889F20B0226746F884E3D8 | Muy Caliente |
| 02/28/2015 11:01:59 | D33BD50E2116D50E1B4E10E795D8079123FF800A | Super Cutie |
| 02/12/2015 21:55:25 | 15D90FE41C0E7D581EED84324980F427AD726599 | Spread Wide Open |
| 01/27/2015 03:53:50 | E83E3A6A17B0FF06377EB7A20B4C23DCDF510533 | The Secretary |
| 01/12/2015 18:52:56 | 08A24C731F92878392EA6D3DDE86E1FBFA96B16B | Sexual Vanity |
| 08/28/2014 19:46:57 | EAE5BD3EF3B1F26DDD99D18B100BC028675A4865 | Smarty Pants |

EXHIBIT A

CNJ611

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/24/2014 09:25:03 | 76BB9C51E35840423E71DC19722D1A7DC12C531E | In the blind |
| 05/09/2014 18:55:32 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 04/20/2014 13:24:52 | 90808CE3282B56F54F47AC8BFB80705B0E00337E | Double Tease |
| 04/15/2014 11:00:17 | F1BC9FD00D98C1F17B173CDCDD6AE9385BDB1695 | Catching Up |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

CNJ611